IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF _____
_____ DIVISION

(Write the District and Division, if any, of
the court in which the complaint is filed.)

BEDFORD E NICHOLES
BOX 26
HILLTOP WV 25855

(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)

-against-

USDA-RD
PO BX 66879
St. Louis, MO 63166

(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)

**Complaint for a Civil Case**

Case No. 2:17-cv-4199

(to be filled in by the Clerk's Office)

Jury Trial:  ☐ Yes  ☐ No
(check one)



FILED
OCT 2 3 2017
TED J. PHILYAW, ACTING CLERK
U.S. District Court
Southern District of West Virginia

b. If the defendant is a corporation

The defendant, (name) __USDA__, is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____. Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____
_____
_____

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I Purchased a Home Back in 1975 and I paid my Home off which was $18,060.00. I have never gotten anything to show that I paid these people and the other Loans this money was Paid to the USDA

5

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ _____.

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

I have a Loan with USDA payment 3036
I have a Loan with city national Bank
mostly $50.00 I do have Water and Electric

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

I do not have any dependent

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

I do have two credit cards which I pay one sometime 80 and the other I sometime pay a $100.00

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: _____    Bedford E McFarley
                         *Applicant's signature*

                         _____
                         *Printed name*

IV.     **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I would like the court to award me 7.5 million for damages with what I have gone through.

V.      **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

    A.      **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/21, 2017

Signature of Plaintiff     *Bedford E Nicholes*
Printed Name of Plaintiff  BEDFORD E. NICHOLES

    B.      **For Attorneys**

Date of signing: 10/21, 2017

6

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: BEDFORD E NICHOLES
Street Address: POB 266
City and County: HILLTOP WV.
State and Zip Code: FAYETTE COUNTY WV.
Telephone Number: 304-465-1268
E-mail Address: NONE

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Defendant No. 2

Name:
Job or Title (if known):
Street Address:
City and County:

2

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question      ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____
_____
_____

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual

        The plaintiff, *(name)* BEDFORD NICHOLES, is a citizen of the State of *(name)* HILLTOP WV 25855.

    b.  If the plaintiff is a corporation

        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

4


State and Zip Code
Telephone Number  304-465-1268
E-mail Address
(if known)

Defendant No. 3

Name
Job or Title
(if known)
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address
(if known)

Defendant No. 4

Name
Job or Title
(if known)
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address
(if known)

II. **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

```
    DISPLAY HISTORY/NOTES              DOCUMENT TYPE N            YEAR 2006
    ACCOUNT NUMBER    6525177   SSN 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
    BEDFORD E NICHOLES
    PO BOX 187                          MULTIPLE LOAN FLAG P
                                        INVESTOR CODE         91000
    HILLTOP                 WV 25855-0187  LOAN TYPE             1
     -DATE- TR - PDTO ------ TR-AMT --------- PRIN ----- INTEREST ------ ESCROW --

    070506 CIT 000000 TLR:05594     001 DONE 07/05/06 BY TLR 05594
                                    TSK TYP 301-PAYMENT RESEARC
    070506 CIT 000000 TLR:05594     001 CUST HAVE 2 LOANS BESIDE THIS ACCT. OTHER
                                    ACCT 6525180 AND THIS ACCT ARE PD OFF. ACTIVE ACCT
                                    31998614.  PROVIDE CREDIT STMNT OF ALL 3 LOANS.
                                    ALSO PD OFF DTS, ORIGINATION DTS/AMNTS. RELEASE
                                    IS PREPARED ONCE ALL LIENS ARE PD IN FULL.
                                    SNT TO CUST TO MLNG ADDR TO ADVISE.
    070506 CIT 000000 TLR:05594     001 CUST REQUEST DETAILED INFO OF ACCT
    063006 DM  000000 TLR:06532     16:10:00
                                    PB CI VRD..INQ ABT AGE TO RCV GRANT.TLD BR
                                    62 YRS OF AGE.BR ONLY 60 YRS OLD.  HM..EDA
    042706 DM  000000 TLR:07363     11:00:00
                                    UNABLE TO PEG ACCT CTI FROZEN TERM CODE: PB/SB INQ
                                    VD JG
    042706 DM  000000 TLR:07363     10:58:00
                                    BR CLD ABT DOCS THAT HE NVER REC'D WHN HSE WS PD.
                                    ADV TO CONCT LOC F/O. VD JG
```

*I am representing myself*
*I have no attorney*

Signature of Attorney  _____
Printed Name of Attorney  _____
Bar Number  _____
Name of Law Firm  _____
Address  _____
Telephone Number  _____
E-mail Address  _____

7